**Opinion filed January 31, 2019**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-18-00331-CV**

_____

**MICHAEL SLACK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CAROLYN SLACK, DECEASED, Appellant**

**V.**

**LUBBOCK COUNTY HOSPITAL DISTRICT D/B/A UNIVERSITY MEDICAL CENTER, Appellee**

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 52748**

**M E M O R A N D U M   O P I N I O N**

The parties have filed in this court an agreed motion to dismiss this appeal. The parties have executed a settlement agreement, and they request that we dismiss this interlocutory appeal and remand the cause to the trial court so that the trial court can enter an order of dismissal, thereby dismissing the case in its entirety.  *See* TEX. R. APP. P. 42.1(a)(2)(B).

We grant the parties' agreed motion, dismiss the appeal, and remand the cause to the trial court for the rendition of a judgment in accordance with the parties' settlement agreement. *See id.*

PER CURIAM

January 31, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.